# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SAMANTHA JO CASE, and
ROBERT LEE FORGIE,

        Defendants.

Case No. 19-M-6125 -01,02-KGG

**FILED**
U.S. District Court
District of Kansas
JUL 25 2019
Clerk, U.S. District Court
By _____ Deputy Clerk

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

## Count One

### 21 U.S.C. 841(a)(1) and (b)(1)(B)
### (Possession with Intent to Distribute a Controlled Substance)

On or about July 23, 2019, in the District of Kansas, the defendant,

### SAMANTHA JO CASE,

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

## Count Two

### 21 U.S.C. 841(a)(1) and (b)(1)(B)
### (Possession with Intent to Distribute a Controlled Substance)

On or about July 23, 2019, in the District of Kansas, the defendant,

### ROBERT LEE FORGIE,

did knowingly and intentionally possess with intent to distribute 50 grams or more of a

mixture or substance containing methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and

Title 18, United States Code, Section 2.

## Count Three

### 18 U.S.C. 924(c)(1)(A)
### (Possession of a Firearm in Furtherance of an Offense)

On or about July 23, 2019, in the District of Kansas, the defendant,

### SAMANTHA JO CASE,

did knowingly and intentionally possess a firearm in furtherance of a drug trafficking

crime for which she may be prosecuted in a court of the United States, that is, possession

with intent to distribute a controlled substance, or attempted possession with intent to

distribute a controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18,

United States Code, Section 2.

## Count Four

**18 U.S.C. 924(c)(1)(A)**
**(Possession of a Firearm in Furtherance of an Offense)**

On or about July 23, 2019, in the District of Kansas, the defendant,

**ROBERT LEE FORGIE,**

did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, or attempted possession with intent to distribute a controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

I further state that I am a Detective with the Sedgwick County Sheriff's Office (SGSO), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the defendants, SAMANTHA JO CASE and ROBERT LEE FORGIE, committed the offense set forth in this Complaint.

Michael W. Guthrie
Detective
Sedgwick County Sheriff's Office

3

Sworn to before me and subscribed in my presence this 25th day of July, 2019, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendants, SAMANTHA JO CASE and ROBERT LEE FORGIE, committed the offense set forth in this Complaint.

<table>
<tr><td>Kenneth G. Gale</td><td></td></tr>
<tr><td>United States Magistrate Judge</td><td>Signature of Judicial Officer</td></tr>
</table>

4

## AFFIDAVIT

Your Affiant, Michael W. Guthrie, advises the Court as follows:

1.      Your Affiant has been employed by the Sedgwick County Sheriff's Office (SGSO) since 2011 with a current assignment to the Narcotics Section of the Investigations Division. During your Affiant's law enforcement employment, I have attended multiple courses regarding the investigation of narcotics violations.   In addition, I have participated in numerous investigations involving controlled purchases and distribution of narcotics, the execution of search warrants, and the arrests of individuals for violating state criminal statutes for possessing, manufacturing and selling controlled substances.

2.      This Affidavit is presented to the Court in support of a request for a Complaint charging Samantha Jo Case and Robert Lee Forgie with one count of possession with intent to distribute a controlled substance in violation of 21 U.S.C. §841(a) and (b). This Affidavit sets forth facts that I learned through one of the following sources – (i) personal observation, (ii) speaking with other law enforcement officers and/or witnesses, or (iii) reviewing documents and/or reports.

3.      On July 23, 2019, the SGSO conducted surveillance on the residence described as 1309 W. Harrison, Wichita, Sedgwick County, Kansas. Your Affiant possessed information that "Sam," previously identified as Samantha Case with a DOB [redacted, and who will be referred to hereafter as "Case"], was driving a maroon Lincoln passenger car. Information provided stated that Case had a suspended driver's license and three City of Wichita bench warrants. When surveillance started, at approximately 1300 hours, Affiant observed a maroon Lincoln passenger car parked in the driveway of 1309 W Harrison.

4.      At approximately 1341hrs, Affiant positively identified Case exiting the middle door to 1309 W. Harrison. The middle door leads to Studio 1 and 2. Case was seen getting into the driver's seat of the maroon Lincoln after which she left the residence.

5.      SGSO detectives followed the Lincoln until SGSO Deputy Tyler Brooks attempted to conduct a traffic stop on the Lincoln in the 100 block of North Seneca, Wichita, Sedgwick County, Kansas, based on Case's suspended driver's license and three bench warrants. When the Lincoln failed to stop for Deputy Brooks, pursuit was initiated.

6.      The pursuit lasted approximately two to three minutes when the Lincoln struck a concrete pillar at the intersection of University and Hiram Streets. Case left the vehicle on foot, dropping a clear plastic baggie as she fled. SGSO Deputy Darren Redburn observed Case fleeing and took her into custody.

7.      Deputy Brooks located the clear baggie dropped by Case. It contained approximately 45 grams of a crystal like substance believed to be methamphetamine. Deputy Brooks searched the Lincoln where he found a Sig Sauer P232 handgun on the floor of the driver's seat. The handgun was loaded with one in the chamber. A check of the serial number revealed that the firearm was reported stolen through Haysville, Kansas, Police Department Case Number 2014-0093. In addition, Deputy Redburn found approximately two grams of a crystal like substance which appeared to be methamphetamine located on the driver's seat floor, driver's seat and rear bench seat.

8.      On the right front passenger floor was a red backpack style purse which contained approximately 33.9 grams of a crystal like substance which appeared to be methamphetamine, 3.5 grams of a brown powder substance which appeared to be heroin, and miscellaneous items appearing to be drug paraphernalia. After Case was taken into custody, she asked for her purse which she identified as the red [backpack style] bag. Detective Rexroat tested the bag containing the 33.9 grams of crystal like substance which field tested positive for the presence of methamphetamine, a controlled substance.

2

9.      Your Affiant reviewed Case's criminal history and learned under Sedgwick County District Court Case Number 2013-CR-002238, Case was charged with trafficking in contraband in a corrections facility, receiving a 24 month term of imprisonment but was granted 24months underlying probation.

10.     SGSO Sergeant Ben Blick drove the route of the pursuit to check for evidence that may have been discarded. He observed clear plastic baggies, with a crystal like substance, laying in the street at approximately 1700 W. University. Sgt. Blick recovered the baggies. The total approximate weight of the crystal like substance was 88 grams. Deputy Brooks reported that Case drove in the 1700 block of West University during the vehicle pursuit.

11.     The total weight of the substance and mixture believed to contain a detectable amount of methamphetamine is approximately 166.9 grams.

12.     On this same date, at approximately 1311 hours, a man identified during the surveillance as Robert Lee Forgie, DOB [redacted, and who will be referred to hereafter as Forgie], was observed by surveillance exiting the middle door of 1309 W. Harrison, Wichita, Sedgwick County, Kansas. Based on information received, it is believed that Forgie is the boyfriend of Case.

13.     Surveillance observed Forgie on a phone, running next to door to the residence of 957 N. Buffum, and knocking on a door. It appears that Forgie was in a hurry.

14.     Forgie got into the driver seat of a silver Mercedes parked in the driveway to 1309 W. Harrison. The Mercedes exited quickly driving away from the residence.

15.     At approximately 1410 hours, the Mercedes pulled back into the driveway of 1309 W. Harrison. Forgie exited the driver's seat, and another male, later identified as Levi Egbert (hereafter referred to as Egbert), was observed exiting the right front passenger seat. Both men

3

were observed going into the middle door to 1309 W. Harrison. Affiant observed that Forgie was wearing a white tank top and the other male, Egbert, was wearing a black shirt with red shorts.

16.     At approximately 1502 hours, Affiant observed a red Ford Escort bearing Kansas Tag 124JVU. A white female exited the driver's seat and walked to the middle door of 1309 W. Harrison. The white female was later identified as Destiny Trotter (hereafter referred to as Trotter). At approximately 1522 hours, Trotter and Egbert exited the middle door to 1309 W. Harrison and walked to the Ford Escort. The Affiant observed Forgie exit the far eastern door on the balcony to Studio 2 and climb down the balcony.

17.     Trotter got into the driver's seat of the Ford Escort. Egbert got into the rear of the Escort with Forgie getting into the right front passenger seat. The Escort left the residence and was followed by SGSO Detectives. A traffic violation occurred and Deputy Brooks attempted to conduct a traffic stop of the Ford Escort in the 600 block of W. Douglas Ave. When the Escort failed to stop, pursuit was initiated. The pursuit lasted approximately two to four minutes. As the vehicle was coming to a stop, Deputy Brooks observed a baggie being thrown from a window and fall underneath the vehicle in the 600 block of S. Sycamore. The Escort ran over the baggie coming to a stop at the intersection of Taft and Laclede shortly thereafter. The driver, Trotter, and front passenger, Forgie, were taken into custody at this location. The right rear passenger, Egbert, fled the vehicle on foot after jumping out of the passenger-side window. Egbert was taken into custody after a foot pursuit by SGSO Deputy Lucas Powell.

18.     Detective Jausel found the baggie thrown out the window during the initial pursuit. It contained a crystal like substance. SGSO Det. Justin Manning weighed and tested the crystal like substance determining that the baggie (and contents) weighed approximately 59.3 grams and

4

the crystal like substance tested positive for the presence of methamphetamine, a controlled substance.

19.    After the pursuit Deputy Brooks was contacted by two juvenile citizens who observed the right front passenger of the Ford Escort throw a hand gun out the window through the passenger's window while being pursued by law enforcement. A firearm was located in the front yard of 638 S. Sycamore, Wichita, Sedgwick County, Kansas. The hand gun was identified as a 45 caliber Rock Island Armory handgun, serial number RIA2082460, reported stolen from the City of Wichita, Kansas, with a connecting Case Number 19C046450.

20.    Your Affiant learned that Forgie is currently on parole for aggravated assault against a law enforcement officer, Ford County District Court Case Number 201-CR-07, where he was sentenced to 32 months prison.

21.    Based upon the facts and circumstances of this case, as well as your Affiant's training and experience, it is my opinion that (i) the crystal like substance collected as evidence in this investigation regarding the activities of Case, Forgie and others, was possessed with the intent to distribute; and (ii) the firearms that Case and Forgie attempted to discard, during their pursuit, were possessed by Case and Forgie in furtherance of drug trafficking crimes which may be prosecuted in a Court of the United States as I understand the laws of the United States.

Further Affiant saith not.

_____
Michael W. Guthrie
Detective
Sedgwick County Sheriff's Office


Signed and sworn to before me on this 25th day of July, 2019.

_____
Kenneth G. Gale
[5] United States Magistrate Judge